UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
HOUNDDOG PRODUCTION, LLC and THE MOTION
PICTURE GROUP, INC.,

                              Plaintiffs,

                  -against-                              **NOTICE OF MOTION**

EMPIRE FILM GROUP, INC., DEAN HAMILTON         09-CV- 9698
BORNSTEIN and ERIC PARKINSON,                      (VM)(JLC)

                              Defendants.
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed affirmation of John E. Lawlor, Esq., affirmed the 27th day of August, 2010 and upon all of the proceedings heretofore had herein, the undersigned will move this court before the Hon. Magistrate James L. Cott at the Courthouse located at 500 Pearl Street, New York, N.Y. on the 10th day of September, 2010 at 9:30 a.m or as soon thereafter as counsel can be heard, for an order permitting John E. Lawlor, Esq. to withdraw as attorney of record for the Defendants herein on the grounds that the Defendants are uncooperative, uncommunicative and have otherwise made it unreasonably difficult for their attorney, John E. Lawlor, Esq. to carry out his responsibilities effectively;

Dated: Mineola, N.Y.
         August 27, 2010

                                              JOHN E. LAWLOR, ESQ. (JL 3258)
                                              Attorney for Plaintiff
                                              129 Third Street
                                              Mineola, N.Y. 11501
                                              (516) 248-7700
                                              (516) 742-7675 – fax
                                              JLaw672@aol.com – e-mail

Copy to:   Caplan & Ross, LLP
           via ECF

           Defendant Empire Film Group, Inc., by overnight mail
           1428 Chester Street, Springdale, Arkansas 72764
           (e-mail Hannoverhouse@aol.com and
           dfs.Hannoverhouse@sbcglobal.net)

           Defendant Dean Hamilton Bornstein, by overnight mail
           c/o Empire Film Group, Inc.
           24568 Piuma Road, Malibu, California 90265
           (e-mail Hannoverhouse@aol.com and
           dfs.Hannoverhouse@sbcglobal.net)

           Defendant Eric Parkinson, by overnight mail
           c/o Empire Film Group, Inc.
           1428 Chester Street, Springdale, Arkansas 72764
           (e-mail Hannoverhouse@aol.com
           dfs.Hannoverhouse@sbcglobal.net)